

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00148-CV

Elvira **JONES**,
Appellant

v.

Jason Frank **JONES**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 21-05-0410-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

A clerk's record was filed in this appeal on March 9, 2022. It contains only three documents: (1) a motion for appointment of receiver; (2) a trial court order dated February 10, 2022; and (3) a notice of appeal. This clerk's record does not comply with Texas Rule of Appellate Procedure 34.5(a), which lists the documents that must be included in the clerk's record "[u]nless the parties designate the filings in the appellate record *by agreement* under Rule 34.2." TEX. R. APP. P. 34.5 (emphasis added). Rule 34.5(a) provides that in civil cases, the documents to be included in the clerk's record are the following:

(1)     all pleadings on which the trial was held;

(2)     the court's docket sheet,

(3)     the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law;

(4)     the court's judgment or other order that is being appealed;

(5)     any request for findings of fact and conclusions of law, any post-judgment motion, and the court's order on the motion;

(6)     the notice of appeal;

(7)     any formal bill of exception;

(8)     any request for a reporter's record, including any statement of points or issues under Texas Rule of Appellate Procedure 34.6(c);

(9)     any request for preparation of the clerk's record;

(10)    a certified bill of costs including the cost of preparing the clerk's record, showing credits for payments made; and

(11)    any filing that a party designates to have included in the record.

We ORDER the trial court clerk to file a supplemental clerk's record that is in compliance with Rule 34.2 on or before **April 5, 2022.**

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court